US6687343B2 vs 8x8 VoIP phone service

| Claim | 8x8 VoIP phone service (The accused instrumentality) |
|---|---|
| 1. An Internet communication control apparatus selectively connected to a plurality of communication terminals and to a computer network, said Internet communication control apparatus comprising: | The accused instrumentality (e.g., 8x8 VoIP phone service) is an Internet communication control apparatus (e.g., cloud PBX) selectively connected to a plurality of communication terminals (e.g., desk phones and mobile app installed smart devices) and to a computer network.<br><br>https://www.8x8.com/voip-business-phone-services |



https://www.8x8.com/voip-business-phone-services

| | |
|---|---|
| |   

**Integrated Voicemail**
Access your voicemail from multiple devices. Have your voice messages delivered as text, or embedded in your email.

**VoIP Phone**
Through the 8x8 mobile app, any internet-connected phone becomes a VoIP phone. Your phone number, auto attendant and calling features don't change.

**VoIP Test**
Our VoIP phone system experts will test your existing network and assess your compatibility with our VoIP phone systems.

## Hosted VoIP Solution vs Traditional Phone Service

Traditional phone services require on-premise hardware to connect your office phone system to the outside world. These private branch exchanges (PBX) act as the central node for all incoming and outgoing phone lines. They are expensive, bulky and require regular in-person maintenance.
8x8 frees you from the cost and hassle of on-premise hardware. We host your phone services on the cloud through a Virtual PBX. You control routing, call waiting, call forwarding and all other system settings from one dashboard accessible anywhere, anytime. All you need is an internet connection.                    Internet communication control

**LEARN MORE ABOUT VIRTUAL PBX**

https://www.8x8.com/voip-business-phone-services |
| a controller configured to transmit calling signals to said plurality of communication terminals, wherein a single calling signal having a | The accused instrumentality (e.g., 8x8 VoIP phone service) utilizes a controller (e.g., hosted PBX) configured to transmit calling signals to said plurality of communication terminals (e.g., desk phones and mobile app installed smart devices), wherein a single calling signal having a first predetermined time period (e.g., user defined time for ringing) is transmitted to one communication terminal (e.g., user defined single agent) of said plurality of communication terminals (e.g., desk phones and mobile app installed smart devices) when a single calling request (e.g., User Call initiation) is detected from the computer network (e.g., 8x8's cloud VoIP), and wherein plural calling signals having a second predetermined time period (e.g., user defined time for ringing) are sequentially transmitted (e.g., sequential call forwarding) to plural communication terminals (e.g., multiple agents in the queue) of said plurality of communication terminals (e.g., desk phones and mobile app installed smart devices) when plural calling requests are detected from the computer network, said plural calling signals being transmitted one after another |

| | |
|---|---|
| first predetermined time period is transmitted to one communication terminal of said plurality of communication terminals when a single calling request is detected from the computer network, and wherein plural calling signals having a second predetermined time period are sequentially transmitted to plural communication terminals of said plurality of communication terminals when plural calling requests are | (e.g., sequential call forwarding) to the plural communication terminals (e.g., multiple agents in the queue which can be desk phones and mobile app installed smart devices).<br><br>The accused instrumentality (e.g., 8x8 VoIP phone service) utilizes a controller (e.g., hosted PBX) which is provided with an advance call forwarding features wherein 8x8 hosted VoIP allows users to customize the number of calling agents (i.e. singular or plural calling terminals) as well as predetermined time period for calling signals (i.e. user controlled Connect timeout which indicates how long should an agent's phone rings before choosing a new agent to receive the call). In case of multiple agents receiving call agents in the queue (i.e. plural calling signals to plurality of communication terminals) there exist a provision for sequential transmission of call to plurality of communication terminal (i.e. sequential call forwarding).<br><br>https://www.8x8.com/voip-business-phone-services |

| | |
|---|---|
| detected from the computer network, said plural calling signals being transmitted one after another to the plural communication terminals. |   https://www.8x8.com/voip-business-phone-services |





**Integrated Voicemail**

Access your voicemail from multiple devices. Have your voice messages delivered as text, or embedded in your email.

**VoIP Phone**

Through the 8x8 mobile app, any internet-connected phone becomes a VoIP phone. Your phone number, auto attendant and calling features don't change.

**VoIP Test**

Our VoIP phone system experts will test your existing network and assess your compatibility with our VoIP phone systems.

## Hosted VoIP Solution vs Traditional Phone Service

Traditional phone services require on-premise hardware to connect your office phone system to the outside world. These private branch exchanges (PBX) act as the central node for all incoming and outgoing phone lines. They are expensive, bulky and require regular in-person maintenance.

8x8 frees you from the cost and hassle of on-premise hardware. We host your phone services on the cloud through a Virtual PBX. You control routing, call waiting, call forwarding and all other system settings from one dashboard accessible anywhere, anytime. All you need is an internet connection.   **Internet communication control**

**LEARN MORE ABOUT VIRTUAL PBX**

https://www.8x8.com/voip-business-phone-services



https://www.8x8.com/voip-business-phone-services/features



https://www.8x8.com/voip-business-phone-services/features/call-forwarding



https://www.8x8.com/voip-business-phone-services/features

## In Virtual Office Desktop (End User)

To increase the ring duration for all calls at all times, you'll need to create and enable a call forwarding rule. These instructions assume you do not want to forward the call to any other destination besides voicemail.

*To forward calls in Account Manager, click here.*

## To set a call forwarding rule with increased ring time

1. In **Virtual Office Desktop**, click **Virtual Office > Settings > Account Settings**.
2. From the left menu, click **Call Forwarding**.
3. Click **+Add New Rule**.
4. Enter a **Rule Name** (example: *30 second ring*).
5. Click the **Forward To** tab.
6. In the **Ring For (seconds)** column, enter the ring duration you wish to implement in seconds. [User specified time]
7. Click **OK**.

https://support.8x8.com/us/cloud-phone-service/voice/voice-administration-account-manager/phone-system/extensions/Virtual_Office%3A_How_Do_I_Increase_My_Ring_Timer%3F



6. After you have added the Forward To number, click **Add**.

7. Select the Ring Distribution pattern the call forwarding will take by selecting either **Sequentially** or **Simultaneously** to the right of **Ring these numbers**. If the Ring Distribution is set to **Sequential**, the time each phone will ring can be adjusted by entering the number of seconds in the column titled, **Ring For (seconds)**. This is helpful if certain extensions, such as the host extension, should have longer to answer the call than other extensions. **Note**: Calls will follow the rules set on the dialed phone number. Be sure the number of seconds in the ONA is less than the **No Answer Forward** of the member extension or the rules on the member extension will take control of the call.

https://support.8x8.com/us/cloud-phone-service/voice/voice-administration-account-manager/phone-system/extensions/How_do_I_set_One_Number_Access_(advanced_call_forwarding)%3F#Setting_One_Number_Access_in_Account_Manager